**Order entered July 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01523-CV

### BBP SUB I LP, Appellant

### V.

### JOHN DI TUCCI, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-13991-A**

## ORDER

The record reflects that BBP SUB I LP (BBP) filed suit against US Courier & Logistics, LP (US Courier), Timeline Logistics, Inc. (Timeline), and John DiTucci. On August 21, 2012, the trial court signed an Amended Summary Judgment ordering that BBP take nothing on its claims against DiTucci and that BBP pay DiTucci $6,502 for reasonably attorney's fees. BBP filed this appeal of the trial court's Amended Summary Judgment.

The appellate record does not reflect that BBP's claims against US Courier and Timeline have been resolved by summary judgment or any other means. Accordingly, the record does not reflect that the judgment appealed from is final. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Consequently, we treat this case as a prematurely filed appeal. We retain continuing jurisdiction over this appeal, but we **ABATE** this appeal for **FOURTEEN DAYS**

from the date of this order to permit the jurisdictional defect to be cured. *See Iacono v. Lyons*, 6 S.W.3d 715, 716 (Tex. App.—Houston [1st Dist.] 1999, no pet.) (per curiam).

Appellant shall obtain a supplemental clerk's record containing signed judgments or orders of  nonsuit resolving BBP's claims against US Courier and Timeline and file the supplemental record with the Court by July 22, 2014.

We **CAUTION** BBP that if signed judgments or order of nonsuit resolving BBP's claims against US Courier and Timeline are not filed with this Court by July 22, 2014, this appeal may be dismissed for want of jurisdiction without further notice.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to the Honorable Eric Moye, 14th Judicial District Court, Dallas County, Texas, and to counsel for all parties.

/s/ DAVID EVANS
PRESIDING JUSTICE